# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

DAVID and KAY SIEVERDING,

    Plaintiffs,

v.

MURPHY DESMOND, LLC,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

**Case No.: 08-cv-252-bbc**

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendant.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ M. Hardin
_____
by Deputy Clerk

_____5/7/08_____
Date

Dockets.Justia.com