# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

DAVID and KAY SIEVERDING,

    Plaintiffs,

v.

MURPHY DESMOND, LLC,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-252-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

This case is dismissed against defendant.

THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

/s/ M. Hardin

**by Deputy Clerk**

_____5/7/08_____
Date